**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** Gina Landingham<br>BNSF<br>2500 Lou Menk Dr.<br>Ft Worth, TX, 76131-2828 | **Invoice #:** | CS2312290 |
| | **Invoice Date:** | 5/12/2015 |
| | **Balance Due:** | $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Foster, Kline And Snyder v. BNSF Railway Company | **30(b)(6) deponent?:** | no |
| **Job #:** | 2060248 \| Job Date: 4/17/2015 \| Delivery: Normal | **Asbestos?:** | no |
| **Billing Atty:** | | **Claim#:** | EM-281 |
| **Location:** | Perry Guthery | **PLF Atty/Firm:** | Stull/Perry Guthery |
| | 233 S. 13th Street \| Suite 1400 \| Lincoln, NE 68508 | **Region S./N./Central:** | Central |
| **Sched Atty:** | Andrew Weeks, Esq. \| Sattler & Bogen LLP | **RR Word List Sent:** | MJP 4-15-2015 |
| | | **Type-MSC/FELA/Ride Quality/ Grade Crossing/20109:** | 20109 |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Michael Snyder | Original with 1 Certified Transcript | Page | 341.00 | $3.30 | $1,125.30 |
| | Attendance Fee - Per Session | 1 | 1.00 | $0.00 | $0.00 |
| | Exhibits | Per Page | 1.00 | $0.35 | $0.35 |
| | Witness Read and Sign Services | 1 | 1.00 | $25.00 | $25.00 |
| | Shipping & Handling | Package | 2.00 | $29.50 | $59.00 |

| | | | |
|---|---|---|---|
| **Notes:** | Holding original for 30 days | **Invoice Total:** | $1,209.65 |
| | Courtesy Discount Applied | **Courtesy Discounts:** | ($36.29) |
| | | **Net Total:** | $1,173.36 |
| | | **Payment:** | ($1,173.36) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

81378

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** CS2312290<br>**Job #:** 2060248<br>**Invoice Date:** 5/12/2015<br>**Balance:** $0.00 |
|---|---|---|



EXHIBIT B