**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

# VERITEXT
## LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Gina Landingham<br>BNSF<br>2500 Lou Menk Dr.<br>Ft Worth, TX, 76131-2828 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS2340813<br>6/5/2015<br>$0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Foster, Kline And Snyder v. Bnsf Railway Company | **30(b)(6) deponent?:** | no |
| **Job #:** | 2063776 \| Job Date: 5/15/2015 \| Delivery: Normal | **Matter #:** | EM-281 |
| **Billing Atty:** | | **PLF Atty/Firm:** | Stull/Perry Guthery |
| **Location:** | Creston Supertel & Conference Center<br>800 Laurel St. \| Board Room \| Creston, IA 50801 | **Region-S./N./Central:** | Central |
| **Sched Atty:** | Andrew Weeks, Esq. \| Sattler & Bogen LLP | **Type-MSC/FELA/ 20109/Ride Quality/Grade Crossing:** | 20109 |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Brian Kline | Original with 1 Certified Transcript | Page | 279.00 | $3.75 | $1,046.25 |
| | Attendance Fee - Per Session | 1 | 1.00 | $0.00 | $0.00 |
| | Exhibits - Color | Per Page | 1.00 | $1.00 | $1.00 |
| | Surcharge - Expert Witness | Page | 279.00 | $0.50 | $139.50 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:** Courtesy Discount Applied

| | |
|---|---|
| **Invoice Total:** | $1,216.25 |
| **Courtesy Discounts:** | ($36.49) |
| **Net Total:** | $1,179.76 |
| **Payment:** | ($1,179.76) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

81378

**To pay online, go to www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CS2340813 |
| **Job #:** | 2063776 |
| **Invoice Date:** | 6/5/2015 |
| **Balance:** | $0.00 |


EXHIBIT C