# LATIMER REPORTING

528 South 13th Street, Suite 1  
Lincoln, NE 68508  
(402) 476-1153  
(402) 476-3853 (fax)

| DATE | INVOICE NO. |
|---|---|
| 12/18/2015 | 26279 |

**PAID 01/06/2016**

**Bill To**  
Ms. Katherine Q. Martz  
Attorney at Law  
The Creamery Building  
701 P Street, Suite 301  
Lincoln, NE 68508

| Court Reporter | Job Date | Case |
|---|---|---|
| Lori & Sheryl | 12/7/2015 | through 12/17/2015 |

| Description | Amount |
|---|---|
| Foster, Kline and Snyder v. BNSF Railway Company; 4:14 CV313 | |
| Transcript - Depo of Stanley Lehman 30(b)(6) (12/7/15) | 128.80 |
| Transcript - Depo of Stanley Lehman (12/7/15) | 413.00 |
| Transcript - Depo of Jared Knutstrom (12/8/15) | 407.40 |
| Transcript - Depo of Andrea Smith 30(b)(6) (12/9/15) | 186.20 |
| Transcript - Depo of Andrea Smith (12/9/15) | 278.60 |
| Transcript - Depo of Thurston Dixon (12/10/15) | 464.80 |
| Transcript - Depo of Jason Curbow 30(b)(6) (12/11/15) | 88.20 |
| Transcript - Depo of Jason Curbow (12/11/15) | 284.20 |
| Transcript - Depo of Wesley Janssen Thompson (12/15/15) | 414.40 |
| Transcript - Depo of Justin Murphy (12/17/15) | 135.80 |
| Photocopies | 44.60 |

| | Total | $2,846.00 |
|---|---|---|

Thank you for your business.

Make checks payable to:  
LATIMER REPORTING  
Fed I.D. 68-0537348  
Please include copy with your payment.  
THANK YOU......


EXHIBIT D