**Veritext Corporate Services, Inc.**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



| | | |
|---|---|---|
| **Bill To:** Gina Landingham<br>BNSF<br>2500 Lou Menk Dr.<br>Ft Worth, TX, 76131-2828 | **Invoice #:** | CS2380750 |
| | **Invoice Date:** | 7/24/2015 |
| | **Balance Due:** | $0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Rita Foster, Brian Kline And Michael Snyder v. BNSF Railway Company | **30(b)(6) deponent?:** | no |
| **Job #:** | 2094952 \| Job Date: 7/3/2015 \| Delivery: Normal | **Matter #:** | EM-281 |
| **Billing Atty:** | | **PLF Atty/Firm:** | Stull/Perry Guthery |
| **Location:** | Creston Supertel Inn and Conference Center | **Region-S./N./Central:** | Central |
| | 800 Laurel \| Boardroom \| Creston, IA 50801-3534 | **Type-MSC/FELA/ 20109/Ride Quality/Grade Crossing:** | 20109 |
| **Sched Atty:** | Andrew Weeks, Esq. \| Sattler & Bogen LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Billi Vavra | Original with 1 Certified Transcript | Page | 186.00 | $3.75 | $697.50 |
| | Surcharge - Expert Witness | Page | 186.00 | $0.50 | $93.00 |
| James Hewitt | Original with 1 Certified Transcript | Page | 111.00 | $3.75 | $416.25 |
| | Surcharge - Expert Witness | Page | 111.00 | $0.50 | $55.50 |
| | Witness Read and Sign Services | 1 | 2.00 | $25.00 | $50.00 |
| | Mileage | 1 | 158.00 | $0.57 | $90.06 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:** Courtesy Discount Applied

| | |
|---|---|
| **Invoice Total:** | $1,431.81 |
| **Courtesy Discounts:** | ($57.27) |
| **Net Total:** | $1,374.54 |
| **Payment:** | ($1,374.54) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

81378

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** CS2380750<br>**Job #:** 2094952<br>**Invoice Date:** 7/24/2015<br>**Balance:** $0.00 |
|---|---|---|





# Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913

| | | | |
|---|---|---|---|
| **Bill To:** | Gina Landingham<br>BNSF<br>2500 Lou Menk Dr.<br>Ft Worth, TX, 76131-2828 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CS2385783<br>7/30/2015<br>$0.00 |

| | | | |
|---|---|---|---|
| **Case:** | Rita Foster, Brian Kline And Michael Snyder v. BNSF Railway Company | **30(b)(6) deponent?:** | no |
| **Job #:** | 2094952 \| Job Date: 7/3/2015 \| Delivery: Normal | **Matter #:** | EM-281 |
| **Billing Atty:** | | **PLF Atty/Firm:** | Stull/Perry Guthery |
| **Location:** | Creston Supertel Inn and Conference Center | **Region-S./N./Central:** | Central |
| | 800 Laurel \| Boardroom \| Creston, IA 50801-3534 | **Type-MSC/FELA/ 20109/Ride Quality/Grade Crossing:** | 20109 |
| **Sched Atty:** | Andrew Weeks, Esq. \| Sattler & Bogen LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Billi Vavra | Room Rentals/Conference Room | 1 | 1.00 | $125.00 | $125.00 |

**Notes:** Courtesy Discount Applied

| | |
|---|---|
| **Invoice Total:** | $125.00 |
| **Courtesy Discounts:** | ($5.00) |
| **Net Total:** | $120.00 |
| **Payment:** | ($120.00) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

81378

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | CS2385783<br>2094952<br>7/30/2015<br>$0.00 |
|---|---|---|---|