

**ESQUIRE**
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0677788**

| | |
|---|---|
| Date | 1/26/2016 |
| Terms | Net 30 |
| Due Date | 2/25/2016 |

| | |
|---|---|
| Client Number | C285748 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Sattler & Bogen LLP
The Creamery Building
701 P Street
Suite 301
Lincoln NE 68508

**Services Provided For**
Sattler & Bogen LLP
Weeks, Andrew D
The Creamery Building
701 P Street
Lincoln NE 68508

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/22/2016 | J0279279 | CHICAGO, ILLINOIS | FOSTER VS. BNSF |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-M/T-VID-VTC-WI | Stan V. Smith PhD | 94 | 4.45 | 418.30 |
| 5 DAY EXPEDITE | Stan V. Smith PhD | | | 125.49 |
| EXHIBITS W/TABS | Stan V. Smith PhD | 43 | 0.50 | 21.50 |
| DIGITAL TRANSCRIPT-PDF-PTX | Stan V. Smith PhD | 1 | 45.00 | 45.00 |
| CONDENSED TRANSCRIPT | Stan V. Smith PhD | 1 | 30.00 | 30.00 |
| HANDLING FEE | Stan V. Smith PhD | 1 | 30.00 | 30.00 |

| | |
|---|---|
| Subtotal | 670.29 |
| Shipping Cost (FedEx) | 27.59 |
| Total | 697.88 |
| Amount Due | $697.88 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at
www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Sattler & Bogen LLP |
| Client # | C285748 |
| Invoice # | INV0677788 |
| Invoice Date | 1/26/2016 |
| Due Date | 2/25/2016 |
| Amount Due | $ 697.88 |



EXHIBIT J